**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Eric G. GRAY, Defendant/Appellant.**

**No. ED 97323.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 19, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied April
22, 2013.

Application for Transfer Denied
May 28, 2013.

Richard A. Starnes, Jefferson City, MO,
for plaintiff/respondent.

Erin R. Griebel, St. Louis, MO, for defendant/appellant.

Before CLIFFORD H. AHRENS, P.J.,
SHERRI B. SULLIVAN, J., and GLENN
A. NORTON, J.

*ORDER*

PER CURIAM.

Eric G. Gray appeals from the trial
court's judgment and sentence entered
upon a jury verdict finding him guilty of
first-degree involuntary manslaughter and
armed criminal action. We have reviewed
the briefs of the parties and the record on
appeal and conclude that the trial court did
not err or abuse its discretion. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our
decision to the parties for their use only.

We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).